**Facts:** The respondent, while employed as a deputy prosecuting attorney in Jay County, Indiana, was arrested in Adams County, Indiana, and charged with operating a vehicle while intoxicated (OWI), a class A misdemeanor, and driving left of center. On May 20, 2002, he pleaded guilty to OWI.

**Violations:** The respondent violated Ind.Professional Conduct Rule 8.4(d) by engaging in conduct that was prejudicial to the administration of justice.

**Discipline:** Public reprimand.

The Court, having considered the submission of the parties, now APPROVES and ORDERS the agreed discipline. Costs of this proceeding are assessed against the respondent. The Clerk is directed to provide notice of this order to all parties as directed by Admis.Disc.R. 23(3)(d).

*Probation,* pursuant to Ind. Admission and Discipline Rule 23, Section 17.1.

And this Court, being duly advised, now finds that the tendered application and affidavit satisfies the requirements of Admis.Disc.R. 23, Section 17.1, and that the Indiana Supreme Court Disciplinary Commission has not objected to the application. Accordingly, the application is granted.

IT IS, THEREFORE, ORDERED that the *Application for Termination of Probation* tendered by the respondent, Aaron E. Haith, is hereby granted. The respondent is released from probation effective March 1, 2003.

The Clerk of this Court is directed to forward notice of this Order to the respondent or his attorney, to the Indiana Supreme Court Disciplinary Commission, and to all other entities pursuant to Admis.Disc.R. 23, Section 3(d).

All Justices concur.

All Justices concur.

■

**In the Matter of Aaron E. HAITH**

No. 49S00–9711–DI–630.

Supreme Court of Indiana.

April 11, 2003.

ORDER GRANTING APPLICATION FOR TERMINATION OF PROBATION

SHEPARD, Chief Justice.

Comes now the respondent, Aaron E. Haith, and tenders to this Court his *Application for Termination of Probation* and *Affidavit of Compliance with Terms of*

■

**Eddie W. HENSON, Jr., Appellant (Defendant below),**

v.

**STATE of Indiana, Appellee (Plaintiff below).**

No. 77S04–0210–CR–529.

Supreme Court of Indiana.

April 14, 2003.